**Petition for reinstatement from inactive status.**

**No. 125 DB 2001.**

Supreme Court of Pennsylvania.

Jan. 17, 2002.

***ORDER***

PER CURIAM.

AND NOW, this **17th** day of **January,** 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 4, 2001, are approved and IT IS ORDERED that ROBERT FRANCIS DiSTEFANO, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Lolita M. PRIESTLY.**

**Petition for reinstatement from inactive status.**

**No. 103 DB 2001.**

Supreme Court of Pennsylvania.

Jan. 17, 2002.

***ORDER***

PER CURIAM.

AND NOW, this **17th** day of **January,** 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 4, 2001, are approved and IT IS ORDERED that LOLITA M. PRIESTLY, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael R. LYNN, Respondent.**

**No. 723 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 23, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 23rd day of January, 2002, there having been filed with this Court by Michael R. Lynn his verified Statement of Resignation dated December 14, 2001, stating that he desires to resign from the Bar of the Commonwealth of

Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Michael R. Lynn be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.